IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>SCH CORP., et al.,<br><br>      Debtors. | ) Chapter 11<br>) Bk. No. 09-10198 (BLS)<br>)<br>)<br>) |
| CFI CLASS ACTION CLAIMAINTS,<br><br>      Appellants,<br><br>v.<br><br>CARL SINGLEY,<br><br>      Appellee. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 12-1577-SLR<br>)<br>)<br>)<br>) |

# ORDER

At Wilmington this 10th day of December, 2012, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **January 18, 2013.**

2. Appellee's brief in opposition to the appeal is due on or before **February 19, 2013.**

3. Appellants' reply brief is due on or before **March 5, 2013.**

_____
United States District Judge